O'HARE PARNAGIAN LLP
Robert A. O'Hare Jr. (RO 6644)
Andrew C. Levitt (AL 8183)
82 Wall Street, Suite 300
New York, NY 10005
(212) 425-1401
(212) 425-1421 (f)

Attorneys for Caprius, Inc. and MCM Environmental Technologies, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

| | |
|---|---|
| GOLDSTAR MEDICAL CORP., <br>                 Plaintiff, <br><br> - against - <br><br> CAPRIUS, INC., and MCM ENVIRONMENTAL TECHNOLOGIES, INC., <br><br>                 Defendants. | Case No. 07 CV 11269 (DC) <br><br> ECF Case <br><br> **NOTICE OF MOTION** <br> **TO DISMISS** |

------------------------------------ x

**PLEASE TAKE NOTICE** that, upon the annexed declaration of Robert A. O'Hare Jr., executed February 29, 2008, the declaration of Jonathan Joels, executed February 29, 2008, the accompanying memorandum of law, and upon all prior papers and proceedings in this action, defendants Caprius, Inc. and MCM Environmental Technologies, Inc. will move this Court before the Honorable Denny Chin, at the Federal Courthouse, 500 Pearl Street, New York, New York, Room 11A, at a date and time to be determined by the Court, for an Order pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure dismissing the Complaint with prejudice, and awarding such other and further relief as the Court may deem just and proper.

O'HARE PARNAGIAN LLP

_____
Robert A. O'Hare Jr. (RO 6644)
Andrew C. Levitt (AL 8183)
82 Wall Street, Suite 300
New York, NY 10005-3686
(212) 425-1401

*Attorneys for Defendants*
*Caprius, Inc. and MCM Environmental*
*Technologies, Inc.*

TO: Patrick J. Boyd (PB 0921)
     Attorney for Plaintiff
     230 Park Avenue, Suite 1000
     New York, NY 10169