O'HARE PARNAGIAN LLP
Robert A. O'Hare Jr. (RO 6644)
Andrew C. Levitt (AL 8183)
82 Wall Street, Suite 300
New York, NY 10005
212-425-1401
212-425-1421 (f)

*Attorneys for Defendants*
*Caprius, Inc. and MCM Environmental Technologies, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| GOLDSTAR MEDICAL CORP., | : |
| Plaintiff, | : |
| | : Index no. 07 CV 11269 |
| - against - | : |
| | : ECF Case |
| CAPRIUS, INC. and MCM ENVIRONMENTAL TECHNOLOGIES, INC., | : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF JONATHAN JOELS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

I, JONATHAN JOELS, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

1. I am the Chief Financial Officer of each of the defendants Caprius, Inc. ("Caprius") and MCM Environmental Technologies, Inc. ("MCM"; together "Defendants").

2. I submit this declaration in support of Defendant's motion to dismiss the complaint on the grounds that the amount in controversy does not meet the $75,000 jurisdictional threshold and that Caprius should not be a party to this action.

3.      In December 2002, Caprius acquired 57% of MCM which was engaged in the medical waste disposal business through the development and sale of the SteriMed systems. Since the acquisition, all of the medical waste and SteriMed business has continued to be operated through MCM, not through Caprius.

4.      Caprius has not entered into any agreement with plaintiff Goldstar Medical Corp. ("Goldstar"). In fact, the agreements that are the subject of this action are between Goldstar and MCM, not Caprius.

5.      On or about November 17, 2003, MCM executed a letter agreement with Goldstar (the "2003 Letter Agreement"). A copy of the 2003 Letter Agreement is attached as exhibit A to the Complaint.

6.      The 2003 Letter Agreement provides in relevant part:

> In the event that MCM enters into a commercial agreement with any entity that is a direct result of an introduction or sales effort made by Goldstar, provided that it is a party previously approved by MCM and with whom MCM has had no previous contact, MCM agrees to pay Goldstar a sales commission based upon net sales receipts to MCM for units sold or placed on rental . . .

7.      The Complaint alleges that on or about November 17, 2005, MCM and Goldstar purportedly "re-affirmed and enhanced" the 2003 Letter Agreement with a second letter dated November 17, 2005 (the "2005 Letter"). A copy of the 2005 Letter is attached as exhibit B to the Complaint.

8.      The 2005 Letter purports to change the percentage payable to Goldstar under the 2003 Letter Agreement and provides in relevant part:

> . . . MCM will pay Goldstar a commission of 10% on all sales made to either DaVita or the old Gambro accounts which are now DaVita clinics.

9. The Complaint alleges that Goldstar generated sales and rentals for the DaVita account and that the letter agreements were breached through a failure to "pay commission [sic] on sales and rentals generated by [Goldstar] as promised. (Complaint ¶ 52.)

10. Since November 17, 2003 (the date of the 2003 Letter Agreement), direct gross sales to DaVita by MCM have totaled $132,669. Copies of the relevant documents associated with these sales are attached hereto at Exhibit 1.

11. Since the date of execution of the 2003 Letter Agreement, Goldstar has invoiced MCM, not Caprius, for commissions due in an amount of $10,000, as per the Goldstar invoice #013107, dated January 31, 2007. A copy of the Goldstar invoice is attached hereto at Exhibit 2.

12. In addition, upon information and belief, DaVita has pending lease agreements with a third-party purchaser of MCM equipment. The sales to the third-party purchaser total $342,000. An excel spreadsheet setting forth both direct sales to DaVita and the sales to the third-party purchaser in the total of $474,669 is attached hereto as Exhibit 3.

13. Accordingly, if the Court were to assume (for purposes of this motion only) that Goldstar is entitled to a commission on the direct and indirect sales involving DaVita totaling $474,669 -- based on Goldstar's ability to prove that the sales were a "direct result of a sales effort or introduction" by Goldstar -- and that the commission rate was 10%, Goldstar's total claim for damages would be less than $47,500 – well below the $75,000 jurisdictional threshold.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 29, 2008.

/s/ Jonathan Joels
Jonathan Joels

# Exhibit 1



Environmental Technologies, Inc.
One Parker Plaza, Fort Lee, NJ 07024
Phone: (201) 242-1222 / Fax: (201) 592-0392

# INVOICE

| INVOICE | CUSTOMER NO | INVOICE DATE |
|---|---|---|
| 001207 | 10000 | Jan 12, 2006 |

SOLD TO:
DaVita Inc
Attn: Dave Clark
5200 Virginia Way
Brentwood, TN 37027

SHIP TO:
DaVita Inc
1720 West Avenue North
Suite 101
Crossville, TN 38555

| ORDER DATE | PURCHASE ORDER | SHIP VIA | | F.O.B. | | TERMS |
|---|---|---|---|---|---|---|
| Jul 21, 2005 | AL Dave Clark 6/22 | Delivery | | Ridgefield, NJ | | N30 |
| PLACED BY | SHIPPED DATE | LOCATION ID | | SALESPERSON | | TERRITORY |
| Donna Woody | Jan 12, 2006 | 001 | | Karen Albretsen | | TN |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | LOT | QUANTITY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| JUNIOR18J6000 | SteriMed Junior 1.8 | 1 | | 1 | 22,800.00 | 22,800.00 |

| SUB TOTAL | STATE | COUNTY | DISTRICT | FREIGHT/HANDLING | |
|---|---|---|---|---|---|
| $22,800.00 | 2,109.00 | $0.00 | $0.00 | 850.00 | $25,759.00 USD |
| TRACKING NUMBER | | | | INVOICE NO. | |
| CNJ 109 331 0845 | | | | 01207 | |

ORIGINAL INVOICE

# DaVita®

**BILL TO**
DaVita • P.O. Box 2037
Tacoma, WA 98401-2037
Telephone (253) 272-1916

**SHIP TO:** Lonestar Dialysis 122

Vendor: MCM Environmental Technologies

**PURCHASE ORDER**
NO. 1826851

ABOVE NUMBER MUST APPEAR ON ALL PACKING LISTS, PACKAGES, INVOICES, CREDIT MEMOS OR OTHER CORRESPONDENCE.

SUBMIT ALL INVOICES IN DUPLICATE

☐ PARTIALS OK
☐ SHIP COMPLETE

| DATE | CONFIRMING | VDR PHONE | F.O.B. | OUR DOCK | TERMS |
|---|---|---|---|---|---|
| 2/21/06 | NO | (201) 342-1222 | OTHER | | |

| ORDER QTY. | UNIT | STOCK NUMBER | DESCRIPTION | COST CENTER | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | | | Steri Med Senior Plus Freight + Tax | 40,000 | | |

ACCEPTANCE, DELIVERY, AND PAYMENT, SUBJECT TO REGULATIONS/INSTRUCTIONS LISTED BELOW:

Terms in this order will be considered as accepted, unless the Purchasing Department is immediately advised otherwise. Each shipment must be covered by a separate invoice.
Articles on this Purchase Order must not be invoiced with those on another Purchase Order; goods will be accepted without a Packing Slip showing Purchase Order Number.
If order cannot be filled as indicated, advise the Purchasing Tech.

PURCHASING TECH Elaine Oberhauser
FACILITY ADMINISTRATOR

# DaVita®



**PURCHASE ORDER**
NO. 1903105

ABOVE NUMBER MUST APPEAR ON ALL PACKING LISTS, PACKAGES, INVOICES, CREDIT MEMOS OR OTHER CORRESPONDENCE.
SUBMIT ALL INVOICES IN DUPLICATE

VENDOR: MCM Environmental Technologies

DaVita - P.O. Box, Tacoma, WA 98401-2037
Telephone (253) 272-1916

SHIP TO: Brookhollow #2027

☐ PARTIALS OK
☐ SHIP COMPLETE

| ORDER DATE | CONFIRMING YES NO | VNR PHONE( ) | | F.O.B. OTHER | OUR TRUCK ☐ | TERMS | DELIVERY DATE REQUIRED | | |
|---|---|---|---|---|---|---|---|---|---|
| 1/7/06 | | | | | | | | | |

| LINE NO. | ORDER QTY. | UNIT | STOCK NUMBER | DESCRIPTION | COST CENTER | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 1 | 1 | | | Stained Janitor | | $20,000 | |
| | | | | | | + Freight | |

ACCEPTANCE, DELIVERY, AND PAYMENT, SUBJECT TO REGULATIONS AND INSTRUCTIONS LISTED BELOW:
1) The items in this order will be considered as accepted, unless the Purchasing Department is immediately advised otherwise.
2) Each shipment must be covered by a separate invoice.
3) Articles on this Purchase Order must not be invoiced with those on another Purchase Order.
4) No goods will be accepted without a Packing Slip showing Purchase Order Number.
5) If order cannot be filled as indicated, advise the Purchasing Tech.
6) The right is reserved to examine and check deliveries of all materials after delivery is made.

PURCHASING TECH _____
FACILITY ADMINISTRATOR _____
REGIONAL DIRECTOR _____

VENDOR COPY / FILE COPY

# DaVita SteriMed

**PURCHASE ORDER NO. 1799045**

ABOVE NUMBER MUST APPEAR ON ALL PACKING LISTS, PACKAGES, INVOICES, CREDIT MEMOS OR OTHER CORRESPONDENCE.

SUBMIT ALL INVOICES IN DUPLICATE

☐ PARTIALS OK
☐ SHIP COMPLETE

**BILL TO:**
DaVita - P.O. Box 2037
Tacoma, WA 98401-2037
Telephone (253) 272-1916

**SHIP TO:**
DaVita Med Center #917
5610 Almeda Road
Houston, TX 77004
713-520-6878

Vendor: SteriMed
Elliott Koppel
Fax 201-408-0393

| ORDER DATE | CONFIRMING YES/NO | VDR PHONE | F.O.B. | OUR DOCK | OTHER | TERMS |
|---|---|---|---|---|---|---|
| 10-30-06 | NO | | | | | |

| LINE NO. | ORDER QTY. | UNIT | STOCK NUMBER | DESCRIPTION | DELIVERY DATE REQUIRED | COST CENTER | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | Biohazard Container Equipment | | Equipment 917 | | |

ACCEPTANCE, DELIVERY, AND PAYMENT, SUBJECT TO REGULATIONS/INSTRUCTIONS LISTED BELOW:
1) The terms in this order will be considered as accepted, unless the Purchasing Department is immediately advised otherwise.
2) Each shipment must be covered by a separate invoice.
3) Articles on this Purchase Order must not be invoiced with those on another Purchase Order.
4) No goods will be accepted without a Packing Slip showing Purchase Order Number.
5) If order cannot be filled as indicated, advise the Purchasing Tech.
6) The right is reserved to examine and check deliveries of all materials after delivery is made.

PURCHASING TECH _____
FACILITY ADMINISTRATOR _____
REGIONAL DIRECTOR _____

VENDOR COPY / FILE COPY



COLLIERSVILLE

**DaVita**

DaVita - P.O. Box 2037
Tacoma, WA 98401-2037
Telephone (253) 272-1316

**PURCHASE ORDER NO. 1912101**

ABOVE NUMBER MUST APPEAR ON ALL PACKING LISTS, PACKAGES, INVOICES, CREDIT MEMOS OR OTHER CORRESPONDENCE.

SUBMIT ALL INVOICES IN DUPLICATE

fax (901) 966-6393

ORDER DATE: 10/31/06

| LINE NO. | ORDER QTY. | UNIT | STOCK NUMBER | DESCRIPTION | COST CENTER | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 1 | 1 | Ea | | K3 Dialyzer Grinder | 40,000 | | |

ACCEPTANCE, DELIVERY, AND PAYMENT, SUBJECT TO REGULATIONS/INSTRUCTIONS LISTED BELOW:
1) The items in this order will be considered as accepted, unless the Purchasing Department is immediately advised otherwise.
2) Each shipment must be covered by a separate invoice.
3) Articles on this Purchase Order must not be invoiced with those on another Purchase Order.
4) No goods will be accepted without a Packing Slip showing Purchase Order Number.
5) If order cannot be filled as indicated, advise the Purchasing Tech.
6) The right is reserved to examine and check deliveries of all materials after delivery is made.

PURCHASING TECH _____
FACILITY ADMINISTRATOR _____
REGIONAL DIRECTOR _____

VENDOR COPY / FILE COPY

**PURCHASE ORDER NO. 1772358**

ABOVE NUMBER MUST APPEAR ON ALL PACKING LISTS, PACKAGES, INVOICES, CREDIT MEMOS OR OTHER CORRESPONDENCE.
SUBMIT ALL INVOICES IN DUPLICATE

☐ PARTIALS OK
☐ SHIP COMPLETE

**BILL TO:** DaVita • P.O. Box 2037, Tacoma, WA 98401-2037, Telephone (253) 272-1916

MCM Environmental Technologies
1 University Plaza
Hackensack, NJ 07601

**SHIP TO:** DaVita Rock Prairie #3670
1665 Rock Prairie Rd
College Station, TX 77845

VENDOR PHONE: 201-343-7362

| LINE NO. | ORDER QTY. | UNIT | STOCK NUMBER | DESCRIPTION | COST CENTER | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 1 | 1 | | | Steri Med Sr. Machine | 3670 | 40,000 | |
| | | | | + tax | | | |
| | | | | + freight | | | |
| | | | | + Beauty Prep | | | |

ACCEPTANCE, DELIVERY, AND PAYMENT, SUBJECT TO REGULATIONS/INSTRUCTIONS LISTED BELOW:
The terms in this order will be considered as accepted, unless the Purchasing Department is immediately advised otherwise.
Each shipment must be covered by a separate invoice.
Articles on this Purchase Order must not be invoiced with those on another Purchase Order.
No goods will be accepted without a Packing Slip showing Purchase Order Number.
If order cannot be filled as indicated, advise the Purchasing Tech.
The right is reserved to ...amine and check deliveries of all materials after delivery is made.

FAX 201-968-0392

PURCHASING TECH: Rhonda White, PCT
FACILITY ADMINISTRATOR: Amy Quake, RN
REGIONAL DIRECTOR:

VENDOR CC / FILE COPY

# SPECIAL PROJECT PURCHASE ORDER

NO. PA

ABOVE NUMBER MUST APPEAR ON ALL PACKING LISTS, PACKAGES, INVOICES, CREDIT MEMOS OR OTHER CORRESPONDENCE.

SUBMIT ALL INVOICES IN DUPLICATE

☐ PARTIALS OK
☑ SHIP COMPLETE

**TOTAL RENAL CARE, INC.**

MEM Environmental Tech.
One Univ. Plaza Suite 400
Hackensack, NJ 07601

**BILL TO:**
TOTAL RENAL CARE, INC.
P.O. Box 2037
Tacoma, WA 98401-2037
Telephone (253) 272-1916

**SHIP TO:** 1857 Dyer Co Central Reuse
490 Highway 51 Bypass East Suite C
Dyersburg, TN 38024
(O) 731-285-0228  (F) 731-285-2012

| ORDER DATE | CONFIRMING NO | YES | VDR PHONE<br>TO 201-342-1222 | F.O.B.<br>OTHER | OUR DOCK ☐<br>their | TERMS<br>NET 30 | DELIVERY DATE REQUIRED |
|---|---|---|---|---|---|---|---|

| LINE NO. | ORDER QTY | UNIT | STOCK NUMBER | DESCRIPTION | COST CENTER | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 1 | 1 | EA | 1-J-ASS-01 | Tyvek Coveralls | 1857 | | 22,240.00 |
| | | | | Spokane enclosure / Penetrameter | 1857 | | 1,824.00 |
| | | | | Collinsville Asbestos Shipping | 1857 | | 3,805 |
| | | | | Quote # 70111622 DMR | | | 27,869.00 |

ACCEPTANCE, DELIVERY, AND PAYMENT, SUBJECT TO REGULATIONS/INSTRUCTIONS LISTED BELOW:
1) The terms in this order will be considered as accepted, unless the Purchasing Department is immediately advised otherwise.
2) Each shipment must be covered by a separate invoice.
3) Articles on this Purchase Order must not be invoiced with those on another Purchase Order.
4) No goods will be accepted without a Packing Slip showing Purchase Order Number.
5) Order cannot be filled as indicated, advise the Purchasing Tech.
6) The right is reserved to examine and check deliveries of all materials after delivery is made.

PURCHASING TECH _____

FACILITY ADMINISTRATOR _____

REGIONAL DIRECTOR _____

# PURCHASE ORDER

**NO. 1940506**

ABOVE NUMBER MUST APPEAR ON ALL PACKING LISTS, PACKAGES, INVOICES, CREDIT MEMOS OR OTHER CORRESPONDENCE.

SUBMIT ALL INVOICES IN DUPLICATE

☐ PARTIALS OK  ☐ SHIP COMPLETE

## DaVita

**BILL TO:**
DaVita - PO Box 2037
Tacoma, WA 98401-2037
Telephone: (253) 272-1918

**SHIP TO:**
Attn: DaVita Clarksville North Dialysis Center
3071 Clay Lewis Rd
Clarksville, TN 37040
Jay Ross (770)778-9475
Facility # 2279

**Attn:** MCM Environmental Technologies, INC
One University Plaza, Suite 400
Hackensack, NJ 07601
Attn: Dwight Morgan
Fax (800)420-3205

| ORDER DATE | CONFIRMING | VENDOR PHONE | FOB | OUR DOCK | TERMS |
|---|---|---|---|---|---|
| 6/22/07 | NO / YES | (201)342-1222 | | OTHER | |

| LINE NO. | ORDER QTY. | UNIT | STOCK NO. | DESCRIPTION | DELIVERY DATE REQUIRED | COST CENTER | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | EA | | Please see attached quote for JR Medical waste processing unit. | 8/17/07 | | $ 22,000.00 | $ 22,000.00 |
| 2 | | | | | | | $ | $ |
| 3 | | | | | | | $ | $ |
| 4 | | | | | | | $ | $ |
| 5 | | | | | | | $ | $ |
| 6 | | | | | | | $ | $ |
| 7 | | | | | | | $ | $ |
| 8 | | | | | | | $ | $ |
| 9 | | | | | | | $ | $ |
| 10 | | | | | | | $ | $ |
| 11 | | | | | | | $ | $ |
| 12 | | | | | | | $ | $ |
| 13 | | | | | | | $ | $ |
| 14 | | | | | | | $ | $ |
| 15 | | | | | | | $ | $ |
| 16 | | | | | | | $ | $ |
| 17 | | | | | | | $ | $ |
| 18 | | | | | | | $ | $ |
| 19 | | | | | | | $ | $ |
| 20 | | | | | | | $ | $ |
| 21 | | | | | | | $ | $ |
| 22 | | | | | | | $ | $ |
| 23 | | | | | | | $ | $ |
| 24 | | | | | | | $ | $ |
| 25 | | | | | | | $ | $ |
| | | | | | | Subtotal | | $ 22,000.00 |
| | | | | | | Tax | | $ |
| | | | | | | Shipping & Handling | | $ |
| | | | | | | Installation | | $ |
| | | | | | | **GRAND TOTAL** | | **$ 22,000.00** |

**ACCEPTANCE, DELIVERY, AND PAYMENT, SUBJECT TO REGULATIONS/INSTRUCTIONS LISTED BELOW:**
1) The terms in this order will be considered as accepted, unless the Purchasing Department is immediately advised otherwise.
2) Each shipment must be covered by a separate invoice.
3) Articles on this Purchase Order must not be invoiced with those on another Purchase Order.
4) No goods will be accepted without a Packing Slip showing Purchase Order Number.
5) If order cannot be filled as indicated, advise the Purchasing Tech.
6) The right is reserved to examine and check deliveries of all materials after delivery is made.

Purchasing Tech  Name: _____
Facility Administrator  Name: _____  Title: _____
Regional Director  Name: _____  Title: _____

VENDOR COPY / FILE COPY

# Exhibit 2

# GOLDSTAR MEDICAL CORP.

**INVOICE**

56 Pecan Valley Drive
New City, NY 10956
Phone: (845) 639-9149 Fax: (845) 639-9110

INVOICE # 013107
DATE: January 30, 2007

Bill To:
Attn: Accounts Payable
MCM ENVIRONMENTAL TECHNOLOGIES, INC.
1 University Plaza, Suite 400
Hackensack, NJ 07601

Ship To: N/A

Comments or special instructions: N/A

| SALESPERSON | P.O. NUMBER | SHIP DATE | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
|  |  | 01-2007 |  |  |  |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 2 | Senior SteriMed Unit<br>- Davita: Lonestar Facility, Houston TX<br>- Davita: Colliersville Facility, Colliersville TN | $40,000 | $80,000 |
| 1 | Junior SteriMed Unit<br>- Davita: Brookhollow Facility, Houston TX | $20,000 | $20,000 |
|  | Subtotal |  | $100,000 |
|  | Commission |  | 10% |
|  | TOTAL DUE |  | $10,000 |

Make all checks payable to **Goldstar Medical Corp.** If you have any questions concerning this invoice, contact Bill Garrett at (845) 639-9149.

THANK YOU FOR YOUR BUSINESS!

# Exhibit 3

**DAVITA**

**DIRECT SALES BY MCM ENVIRONMENTAL TECHNOLOGIES, INC.**

| PO # | Order date | PO Amount | Status | Location Name | State |
|---|---|---|---|---|---|
|  | Inv. Date 1/30/06 | $22,800 | Paid | Crossvile | TN |
| 1826851 | 12/12/2006 | $40,000 | Paid | Lonestar | TX |
| 1903105 | 11/7/2006 | $20,000 | Paid | Brookhollow | TX |
| 1799405 | 10/27/2006 |  |  | MedCenter | TX |
| 1912102 | 10/31/2006 | $40,000 |  | Colliersville | TN |
| 1912102 | 10/31/2006 | ($40,000) | Cancellled | Colliersville | TN |
| 1772 358 |  | $40,000 |  | Rock Praire | TX |
| 1772 358 |  | ($40,000) | Cancellled | Rock Praire | TX |
| PA 9085 | 10/28/2007 | $27,869 | Paid | Dyersburg | TN |
| 1940505 | 8/17/2007 | $22,000 | Paid | Clarksville | TN |
|  |  | $132,669 |  |  |  |

**PENDING LEASES BY OTHERS**

| PO Amount | Location Name | State |
|---|---|---|
| $40,000 | MedCenter | TX |
| $40,000 | MedCenter | TX |
| $40,000 | Omni | TX |
| $40,000 | Northstar | TX |
| $40,000 | Bryant College Station | TX |
| $20,000 | Woodlands | TX |
| $20,000 | Mid Cities | TX |
| $40,000 | Rock Praire | TX |
| $20,000 | First Colony | TX |
| $42,000 | Lake Clift | TX |
| $342,000 |  |  |

$474,669