Robert A. O'Hare Jr. (RO 6644)
Andrew C. Levitt (AL 8183)
O'HARE PARNAGIAN LLP
82 Wall St., Suite 300
New York, NY 10005
(212) 425-1401
(212) 425-1421 (f)

*Attorneys for Defendants Caprius, Inc. and MCM Environmental Technologies, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| GOLDSTAR MEDICAL CORP., | |
| Plaintiff, | No. 07 CV 11269 (DC) |
| | ECF Case |
| - against - | |
| CAPRIUS, INC. and MCM ENVIRONMENTAL TECHNOLOGIES, INC., | **NOTICE OF APPEARANCE** |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**PLEASE TAKE NOTICE** that Andrew C. Levitt of the firm O'Hare Parnagian LLP hereby appears in this action on behalf of Defendants Caprius, Inc. and MCM Environmental Technologies, Inc. and demands that all papers and correspondence in this action be served upon him.

Dated: New York, New York
March 3, 2008

                                                s/Andrew C. Levitt
                                      Robert A. O'Hare Jr. (RO 6644)
                                      Andrew C. Levitt (AL 8183)
                                      O'HARE PARNAGIAN LLP
                                      82 Wall Street, Suite 300
                                      New York, NY 10005
                                      (212) 425-1401
                                      (212) 425-1421 (f)

                                      *Attorneys for Defendant Caprius, Inc. and*
                                      *MCM Environmental Technologies, Inc.*