```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
GOLDSTAR MEDICAL CORP.,            :

                Plaintiff,         :

        - against -                :     ORDER

CAPRIUS, INC., and MCM             :     07 Civ. 11269 (DC)
ENVIRONMENTAL TECHNOLOGIES, INC.,
                                   :
                Defendants.
                                   :
- - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

**CHIN, District Judge**

  The Court has received letters from the parties, dated June 24, 2008, advising the Court as to the parties' respective states of incorporation and principle places of business. Defendants advise that both Caprius and MCM are incorporated in Delaware, the same state of incorporation as Goldstar. Defendants shall, by close of business on June 27, 2008, submit to the Court and serve on plaintiff either an affidavit attesting to that fact or documentary proof thereof. If plaintiff advises that it consents to dismissal, defendants need not comply.

  SO ORDERED.

Dated: New York, New York
    June 24, 2008

                 _____
                 DENNY CHIN
                 United States District Judge