

## THE BOYD LAW GROUP, PLLC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08

PATRICK JAMES BOYD, ESQ.
*PARTNER*

NEW YORK OFFICE:
230 PARK AVENUE
SUITE 1000
NEW YORK, NY 10169
TEL: (212) 808-3054
FAX: (212) 808-3020

WHITE PLAINS OFFICE:
50 MAIN STREET
SUITE 1000
WHITE PLAINS, NY 10606
(BY APPOINTMENT ONLY)

EMAIL: pboyd@theboydlawgroup.com

July 3, 2008

**VIA FACSIMILE**
The Honorable Denny Chin
United States Courthouse
500 Pearl Street, Room 1020
New York, NY 10007-1312

RE:   Goldstar Medical Corp. v. Caprius Inc. et al
07 CV 11269 (DC)

Dear Judge Chin,

We represent Plaintiff Goldstar Medical Corp. in the above-referenced matter. In accordance with our recent call to your clerk, we wish to voluntarily withdraw this matter from your court. Please feel free to contact us if you have any questions or concerns.

Sincerely,

THE BOYD LAW GROUP, PLLC

Patrick J. Boyd

cc:   Robert O'Hare, Esq. (via fax)
Files

*This case is hereby DISCONTINUED, without prejudice to re-filing in state court.*

*SO ORDERED.*

*USDJ  7/7/08*

WWW.THEBOYDLAWGROUP.COM